DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT WOODARD,**
Appellant,

v.

**KATIA MATTOS** and **KM ENDODONTICS PLLC,**
Appellees.

No. 4D2025-0068

[March 5, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Robert W. Lee, Judge; L.T. Case No. COCE24-009123.

Matthew Z. Karim of Law Offices of Matthew Karim PLLC, Fort Lauderdale, for appellant.

Amanda H. Wasserman and Michael A. Rosenberg of Cole, Scott & Kissane, P.A., Plantation, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***